Anthony L. Hall, Esq., Nevada Bar No. 5977
ahall@hollandhart.com
Krystal J. Gallagher, Esq., Nevada Bar No. 11573
kjgallagher@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendant*
*Red Bull Distribution Company,*
*a foreign corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALGENE SUTHERLAND, Individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RED BULL DISTRIBUTION COMPANY, INC. a foreign corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. :  2:12-cv-00718-PMP-CWH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF IN PLAINTIFF'S AMENDED COMPLAINT AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

Plaintiff Valgene Sutherland and Defendant Red Bull Distribution Company, Inc., by and through their undersigned counsel of record, hereby stipulate, agree, and jointly move the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Court to dismiss, with prejudice, Plaintiff's Second Claim for Relief, Intentional Infliction of Emotional Distress, in Plaintiff's Amended Complaint dated April 15, 2012.

DATED this 24th day of May, 2012.

By: /s/ Anthony L. Hall, Esq.
Anthony L. Hall, Esq.
Krystal J. Gallagher, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant*

By: /s/ Kirk T. Kennedy, Esq.
Kirk T. Kennedy, Esq.
Law Office of Kirk T. Kennedy, Esq.
815 S. Casino Center
Las Vegas, Nevada 89101
Telephone: (702) 385-5534
Facsimile: (702) 385-1869
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this _29th day of May, 2012.

Philip M. Pro
District Judge

5614241_1